IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS PENSION TRUST FUND *et al.*, § § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-09-3793 |
| § | |
| DANNY L. ISBELL, *Individually* and d/b/a BLACK DIAMOND ERECTORS LLC., § § § § | |
| Defendants. § | |

## ENTRY OF DEFAULT

The record in the above-entitled action shows that summons has been served on the defendants, Danny L. Isbell and Black Diamond Erectors, LLC. The affidavit of counsel for the plaintiffs and other evidence required by F.R.C.P. 55(a) shows that these defendants have failed to plead or otherwise defend this action.

The motion for entry of default is granted. The default of Danny L. Isbell, individually and d/b/a Black Diamond Erectors, LLC and Black Diamond Erectors, LLC is entered.

SIGNED on May 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge