IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS PENSION TRUST FUND *et al.*, § § § § | |
| Plaintiffs, § § | |
| v. § | CIVIL ACTION NO. H-09-3793 |
| § | |
| DANNY L. ISBELL, *Individually* and d/b/a BLACK DIAMOND ERECTORS LLC., § § § § § | |
| Defendants. § | |

**DEFAULT JUDGMENT**

The Texas Iron Workers' Pension Trust Fund, the Texas Iron Workers' Health Benefit Trust Fund, the Texas Iron Workers' Defined Contribution Retirement Plan, the Texas Iron Workers' Vacation Fund, and the Texas Iron Workers and Employers Apprenticeship Training and Journeyman Upgrading Fund, plaintiffs, ("Trusts") have sought judgment by default against defendants, Danny L. Isbell, individually and d/b/a Black Diamond Erectors, LLC ("Isbell") and Black Diamond Erectors, LLC, ("Black Diamond").

1. The Trusts submitted their Motion for Default Judgment.

2. Isbell and Black Diamond failed to appear and answer, and have defaulted.

3. Isbell and Black Diamond must pay to the Trusts the sum of $105,194.67.

Judgment is entered for the Trusts against Isbell and Black Diamond, jointly and severally, in the sum of $105,194.67, with interest at the rate of 0.43% until paid.

SIGNED on May 10, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge