IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS PENSION TRUST FUND *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-09-3793 |
| DANNY L. ISBELL, *Individually* and d/b/a BLACK DIAMOND ERECTORS LLC., | § § § § § | |
| Defendants. | § | |

## ORDER

The plaintiffs' motion to compel postjudgment discovery is granted. (Docket Entry No. 15). It is ordered that the defendants, Danny L. Isbell and Black Diamond Erectors, LLC, must respond to the plaintiffs' postjudgment interrogatories and requests for production of documents, no later than **October 15, 2010**. If the defendants fail to comply with this order, the court may grant sanctions, including ordering the defendants to pay $850.00 for attorneys' fees incurred in the preparation and filing of this motion to compel.

SIGNED on September 22, 2010, at Houston, Texas.

Lee H. Rosenthal
United States District Judge