IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE TEXAS IRON WORKERS PENSION TRUST FUND *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| v. | § | CIVIL ACTION NO. H-09-3793 |
| | § | |
| DANNY L. ISBELL, *Individually* and d/b/a BLACK DIAMOND ERECTORS LLC., | § § § § § | |
| Defendants. | § | |

**ORDER**

The Trustees of the Texas Iron Workers' Health Benefit Fund, Trustees of the Texas Iron Workers' Pension Trust Fund, Trustees of the Iron Workers' Defined Contribution Retirement Plan, Trustees of the Texas Iron Workers' Vacation Fund, and Trustees of the Texas Iron Workers and Employers Apprenticeship Training and Journeyman Upgrading Funds' Motion for Contempt of Court and for Sanctions is set for a show cause hearing.

Danny L. Isbell must personally appear on **February 11, 2011 at 8:30 a.m.** before United States District Judge Lee H. Rosenthal in Courtroom 11B of the United States Courthouse, located at 515 Rusk Avenue, Houston, Texas. Isbell must show cause why he should not be held in contempt of court for failure to comply with this court's prior orders. Because a person found in civil contempt may be imprisoned, Isbell has a right to counsel. Isbell is advised to appear at the hearing with legal counsel. If Isbell wants an attorney but cannot afford one, he must advise this court in writing at least 14 days before the hearing and complete an affidavit of indigency.

A copy of this Order must be served on Danny L. Isbell at any place where he may be found.

His last known address is 112 South Norwood, Hurst, Texas 76053.

SIGNED on November 8, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge